

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2014

No. 04-14-00439-CV

**D&J ALEXANDER MANAGEMENT, LP**,
Appellant

v.

Raymond S. **DE LEON**, II, Trustee of The Delfina & Josefina Alexander Family Trust,
Appellees

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013-PBA-000133 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Appellant, D&J Alexander Management, LP, filed a notice of appeal from the trial court's "Order Granting Kazen, Meurer & Perez, L.L.P. Amended Authenticated Claim and Amended Motion for Payment of Temporary Attorney Ad Litem Fees" (payable to J. Francisco Tamez). In a separate mandamus proceeding in this court, appellant filed a petition for writ of mandamus seeking relief from the same order.

For the purpose of resolving appellant's petition for writ of mandamus in appellate cause number 04-14-00448-CV, it is hereby ORDERED that ALL APPELLATE DEADLINES IN APPELATE CAUSE NUMBER 04-14-00439-CV ARE HELD IN ABEYANCE pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court